805 A.2d 1210

**Bruce FERRELL, Appellant,**

v.

**Jeffrey A. BEARD, Ph.D., Secretary of Department of Corrections, Appellees.**

**No. 53 MAP 2002**

Supreme Court of Pennsylvania.

May 24, 2002.

## *ORDER*

PER CURIAM

**AND NOW,** this 24th day of May, 2002, probable jurisdiction is noted and the order appealed is affirmed.

805 A.2d 1210

**Clarence James WILLIAMS, Appellant,**

v.

**PENNSYLVANIA BOARD OF PROBATION PAROLE, Appellee.**

**No. 47 MAP 2002**

Supreme Court of Pennsylvania.

May 24, 2002.

## *ORDER*

PER CURIAM

**AND NOW,** this 24th day of May, 2002, probable jurisdiction is noted and the order appealed is affirmed.